PER CURIAM.
Interlocutory appeal dismissed. See Adams v. Seaboard Coast Line Railroad Co., 224 So.2d 797 (Fla.App. 1st, 1969); Shaw v. Seaboard Coast Line Railroad Co., 229 So.2d 275 (Fla.App. 1st, 1970), cert. den., 237 So.2d 540 (Fla.1970); Seaboard Coast Line Railroad Co. v. Ford and Britt, 238 So.2d 473 (Fla.App. 1st, 1970), and Seaboard Coast Line Railroad Co. v. West, 242 So.2d 156 (Fla.App. 1st, 1971), cert. den., 246 So.2d 112 (Fla.1971). We have considered Fowler v. Chillingworth, 94 Fla. 1, 113 So. 667 (1927) cited by appellant in its reply to appellee’s motion.
RAWLS, C. J., and McCORD and JOHNSON, JJ., concur.